IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DOUGERA ILLARION,**

   *Plaintiff*,

v.                                                   Case No.: 4:20cv563-MW/MAF

**RODOLPHE LAFONTANT, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED** on May 28, 2021.

                                             s/Mark E. Walker  
                                             **Chief United States District Judge**